# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Caster Depot | 12/14/2022 | 266536 | Check | $ 3,450.31 |
| Akorn Operating Company, LLC | Caster Depot | 1/18/2023 | 266977 | Check | $ 7,494.48 |
| | | | | | $ 10,944.79 |